# United States District Court

DISTRICT OF **MASSACHUSETTS**

MASSACHUSETTS CARPENTERS CENTRAL
COLLECTION AGENCY, ET AL

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

LAPINSKI ELECTRIC, INC.

**04 11931 RCL**

TO: (Name and Address of Defendant)

Lapinski Electric, Inc.
P.O. Box 219
South Hadley, MA 01075

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK



SEP 0 3 2004
DATE

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

**Hampden County Sheriff's**  •  1170 Main St.  •  P.O. Box 5005  •  Springfield, MA 01101-5005  •  (413) 732-5772

*Hampden, ss.*

September 22, 2004

I hereby certify and return that on 9/20/2004 at 03:00 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to CHRIS LAPINSKI, person in charge at the time of service for LAPINSKI ELECTRIC, INC., , 170 MONTGOMERY Street, CHICOPEE, MA 01020. Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($30.00), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $39.76

Deputy Sheriff THOMAS J. FOLEY                                    _____
                                                                                              Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              Signature of Server

                                            _____
                                            Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.