UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al, | ) ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION |
| v. | ) NO. 04-11931-RCL |
| | ) |
| LAPINSKI ELECTRIC, INC., | ) |
| Defendant. | ) |
| | ) |

## REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, Lapinski Electric, Inc., P.O. Box 219, South Hadley, MA 01075 in the above-captioned action. Defendant Lapinski Electric, Inc. was served with the complaint on September 20, 2004.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: October 26, 2004                    Respectfully submitted,

                                                    Christopher N. Souris
                                                    BBO #556343
                                                    KRAKOW & SOURIS, LLC
                                                      225 Friend Street
                                                      Boston, MA 02114    (617) 723-8440
                                                      /s/ Christopher N. Souris
                                                      Attorney for plaintiffs Massachusetts Carpenters Central Collection Agency, et al

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to Lapinski Electric, Inc., P.O. Box 219, South Hadley, MA 01075.

  /s/ Christopher N. Souris

Christopher N. Souris