UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MASS. CARPENTERS CENTRAL**
**COLLECTION AGENCY, ET AL**

**V.**                                    CIVIL ACTION NO. 04-11931-RCL

**LAPINSKI ELECTRIC, INC.**

## NOTICE OF DEFAULT

Upon application of the plaintiff, **Massachusetts Carpenters Central Collection Agency, et al**, for order of Default for failure of the defendant, **Lapinski Electric, Inc.** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 18th day of November, 2004.

                                         TONY ANASTAS, CLERK

                                         By: /s/ Lisa M. Hourihan
November 18, 2004                                   Deputy Clerk