UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL | ) |
| COLLECTION AGENCY, et al, | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 04-11931-RCL |
| v. | ) |
| | ) |
| LAPINSKI ELECTRIC, INC., | ) |
| Defendant. | ) |
| _____ | ) |

MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, Massachusetts Carpenters Central Collection Agency, et al, upon the accompanying Affidavit of Harry Dow, respectfully moves pursuant to F.R.C.P. 55(b)(1), for entry of judgment by the Clerk ordering the defendant, Lapinski Electric, Inc. to pay to the plaintiffs the sum of $9,286.20 in damages and taxable costs.

Dated: December 9, 2004

Respectfully submitted,

Christopher N. Souris

BBO #556343

KRAKOW & SOURIS, LLC

225 Friend Street

Boston, MA 02114

(617) 723-8440

/s/ Christopher N. Souris_____

Attorney for plaintiffs Massachusetts
Carpenters Central Collection Agency, et al

<u>CERTIFICATE OF SERVICE</u>

         I, Christopher N. Souris, hereby certify that I caused  a copy of the foregoing to be mailed this date to Lapinski Electric, Inc., 170 Montgomery, Street, Chicopee, MA 01030.

/s/ Christopher N. Souris_____

Christopher N. Souris

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL      )
COLLECTION AGENCY, et al,             )
    Plaintiffs,                       )
                                 ) C. A. NO. 04-11931-RCL
v.                                    )
LAPINSKI ELECTRIC, INC.,              )
                                 )
    Defendant.                        )
_____ )

**JUDGMENT**

LINDSAY, D.J.

    Defendant Lapinski Electric, Inc. having failed to plead or otherwise defend in this action and default having been entered on November 18, 2004.

    Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $9,096.44, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $189.76 it is hereby

**ORDERED, ADJUDGED AND DECREED:**

    1.  That plaintiffs recover from defendant Lapinski Electric, Inc. the sum of $9,286.20 with interest as provided by law.

                               By the Court,

                               _____

                               Deputy Clerk

Dated:_____